**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| Evertson Operating Company, Inc., Evertson Well Service, Inc., Evertson Exploration, LLC, Evertson Oil Company, Inc., Evertson Limited Family Partnership, Evertson Management, Inc., Evertson Energy Partners Royalty, LLC, Castronics, Inc., and Everair, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER**

Case No. 1:06-cv-088

At the show cause hearing on January 10, 2007, the parties stipulated on the record to extend the Court's December 19, 2006, Order Modifying and Extending Temporary Restraining Order until January 26, 2007. **IT IS ORDERED** that the Court's December 19, 2006, Order Modifying and Extending Temporary Restraining Order is extended and shall remain in effect until further order of the Court or until Friday, January 26, 2007.

Dated this 10th day of January, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court